# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ROBERT SKENANDORE, SR.,
    Plaintiff

    v.                                     CASE NUMBER: 05-C-234

JEFFREY P. ENDICOTT, MATTHEW FRANK,
STEVE BECK, SUE DEHAAN, KRISTINE TIMM,
SALLY WESS, LEO CAMPBELL, JOHN RAY,
CINDY O'DONNELL, SANDRA HAUTAMAKI,
RICHARD RAEMISCH, JAMES MUENCHOW,
GARY MCCAUGHTRY, CATHY JESS,
CAPTAIN MURASKI, C.O. MAXWELL,
STANLEY R. TONN, GLORIA TOMASEK-HARPER,
and DONNA POORTENGA,,
    Defendants

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the defendants' motion for summary judgment (Doc. # 79) is **granted.** This case is dismissed and the Clerk of Court is ordered to enter judgment accordingly.
    **IT IS FURTHER ORDERED** that the plaintiff's motion for preliminary injunction (Doc. # 28) is **denied as moot.**

| | |
|---|---|
| September 6, 2006 | SOFRON B. NEDILSKY |
| Date | Clerk |
| | s/ Rudolph T. Randa |
| | (By) Deputy Clerk |